## LAW OFFICE OF RENEE C. REDMAN LLC
110 Whitney Avenue
New Haven, CT 06510
Tel: 475 238 6671

April 20, 2018

Second Circuit Court of Appeals
Clerk's Office
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Clerk of the Court

I request a CD of the following documents from the following pending case.

*Khalid v. Sessions*, Docket No. 16-3480

Numbers:

| | |
|---|---|
| 145-149 | Amicus Brief |
| 159 | Reply Brief |

My check for $31.00 is attached.

Thank you for your consideration. Please feel free to contact me with any questions or concerns.

Very truly yours,

Renee C. Redman

```
Court Name: 2nd Circuit Court of Appeals
Division: 1
Receipt Number: CA02001806
Cashier ID: emartin
Transaction Date: 04/24/2018
Payer Name: R. REDMAN
------------------------------------------
AUDIO RECORDING
 For: R. REDMAN
 Amount:         $31.00
------------------------------------------
CHECK
  Check/Money Order Num: 1632
  Amt Tendered:  $31.00
------------------------------------------
Total Due:       $31.00
Total Tendered:  $31.00
Change Amt:      $0.00


ONLY WHEN A BANK CLEARS THE CHECK,
MONEY ORDER, OR VERIFIES CREDIT OF
FUNDS IS THE FEE OR DEBT OFFICIALLY
PAID OR DISCHARGED.  A $53 FEE WILL
BE CHARGED FOR ANY PAYMENT
RETURNED/DENIED FOR INSUFFICIENT
FUNDS.
```

LAW OFFICE OF RENEE C. REDMAN
110 WHITNEY AVENUE
NEW HAVEN, CT 06510

Second Circuit Court of Appeals
Clerk's office
40 Foley Square
New York, NY
10007